

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-14-00473-CV

**ARC PARKLANE, INC.** d/b/a Parklane West Healthcare Center,
Appellant

v.

Belen **BETTS,** Individually, and as Executrix of the Estate of Delbert Betts, Deceased, and
Shirle Betts, and Dana Gibson,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10178
Honorable Larry Noll, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file its brief is granted. We order appellant's brief due August 20, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court